UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GIOVANNI TRAINO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  5:16-cv-05620-BLF<br><br>[Assigned to the Hon. Beth Labson Freeman]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against defendant Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: _Þ[ ç^{ à^¦ǴG_____, 2016　　　　_____
　　　　　　　　　　　　　　　　　　　　　　THE HON. BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE